IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOSEPH RUDOLPH PORCHE,

Petitioner,

vs.

JOSIAS SALAZAR, WARDEN,

Respondent.

Case No. 3:19-cv-00077-MK
**ORDER**

AIKEN, District Judge:

Magistrate Judge Mustafa Kasubhai filed his Findings and Recommendation ("F&R") (doc. 4) on March 5, 2019 recommending that the Court deny the Petition for Writ of Habeas Corpus (doc. 1). This case is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

No objections have been timely filed. Although this relieves me of my obligation to perform a *de novo* review, I retain the obligation to "make an informed, final decision." *Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds*, *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The Magistrates Act does not specify a standard of review in cases where no objections are filed. *Ray v. Astrue*,

PAGE 1 –ORDER

2012 WL 1598239, *1 (D. Or. May 7, 2012). Following the recommendation of the Rules Advisory Committee, I review the F&R for "clear error on the face of the record[.]" Fed. R. Civ. P. 72 advisory committee's note (1983) (citing *Campbell v. United States District Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Vonn*, 535 U.S. 55, 64 n.6 (2002) (stating that, "[i]n the absence of a clear legislative mandate, the Advisory Committee Notes provide a reliable source of insight into the meaning of" a federal rule).

Having reviewed the file of this case and Magistrate Judge Kasubhai's order, I find no clear error. Thus, I adopt Magistrate Judge Kasubhai's F&R (doc. 4) in its entirety. Accordingly, the Petition for Writ of Habeas Corpus is DENIED, and this case is DISMISSED.

IT IS SO ORDERED.

Dated this 26th day of March, 2019.

Ann Aiken
United States District Judge